# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>vs.<br><br>ANDREW JOSPEH SANDERS<br><br>　　　　　Defendant. | Case No.: 2:18-cr-147-MMD-EJY<br><br>**ORDER**<br><br>**Re: Physical Restraints** |

Prior to Defendant's Initial Appearance on July 3, 2023, the undersigned made an individualized determination that there are compelling reasons for the safety of others and to prevent escape that Defendant should be placed in leg restraints during the hearing. This decision is based on Defendant's behavior in the cell block.

**IT IS SO ORDERED.**

DATED this 3rd day of July 2023.

_____
ELAYNA J. YOUCHAH
United States Magistrate Judge