RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Jackie_Witt@fd.org

Attorney for Andrew Joseph Sanders

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW JOSEPH SANDERS, <br><br> Defendant. | Case No. 2:18-cr-00147-MMD-EJY-1 <br><br> **Stipulation to Vacate Revocation Hearing Re: Additional Conditions of Release** |

The parties jointly request that this Court vacate the April 8, 2024, hearing regarding additional conditions of release because:

1. On February 23, 2024, Mr. Sanders appeared on a petition to revoke his pretrial release, which is set for revocation hearing on April 24, 2024. ECF No. 120. Mr. Sanders was released on a personal recognizance bond. ECF No. 123.

2. On March 22, 2024, Mr. Sanders was arrested on another petition to revoke pretrial release (ECF No. 126) and appeared on March 25, 2024, for an initial appearance. At the hearing, Mr. Sanders submitted to detention pending his revocation hearing.

3. The court set a hearing regarding additional conditions of release for April 8, 2024. ECF No. 130.

4. The parties agree that the hearing set for April 8, 2024, regarding conditions of release is moot due to Mr. Sanders submitting to detention at the March 25, 2024, hearing.

5. Therefore, the parties respectfully request that the hearing set for April 8, 2024, be vacated.

6. Mr. Sanders is in custody and agrees with the need to vacate the hearing on April 8, 2024.

DATED: April 2, 2024.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Jason M. Frierson<br>United States Attorney |
| */s/ Jacquelyn N. Witt*<br>By_____<br>Jacquelyn N. Witt<br>Assistant Federal Public Defender | */s/ Jessica Oliva*<br>By_____<br>Jessica Oliva<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANDREW JOSEPH SANDERS,<br><br>　　　　Defendant. | Case No. 2:18-cr-00147-MMD-EJY-1<br><br>**Order Granting Stipulation to Vacate Revocation Hearing Re: Additional Conditions of Release** |

　　　Based on the stipulation of counsel, the Court finds that good cause exists to vacate the revocation hearing and hold the petition to revoke pretrial release in abeyance.

　　　IT IS THEREFORE ORDERED that the Revocation Hearing Re: Additional Conditions of Release currently scheduled for April 8, 2024 at 11:00 a.m. is VACATED.

　　　DATED: April __5__, 2024.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Brenda Weksler
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

3